IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMY M. NELSON, | 07-CV-6043-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

**KATHRYN TASSINARI**
**BRENT WELLS**
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541)686-1969

      Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

1  -  JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAPHNE BANAY**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2113

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#__) issued February 19, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 19th day of February, 2008.

                                            /s/ Anna J. Brown
                                      _____
                                      ANNA J. BROWN
                                      United States District Judge